FILED: June 16, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1581

(1:14-cv-00407-LO-TCB)

_____

THE LEISER LAW FIRM, PLLC

  Plaintiff - Appellant

v.

THE SUPREME COURT OF VIRGINIA; THE CIRCUIT COURT OF FAIRFAX COUNTY, VIRGINIA; HONORABLE BRETT A. KASSABIAN, Judge, Circuit Court of Fairfax County, Virginia; CHIEF JUSTICE DONALD W. LEMONS

  Defendants - Appellees

_____

O R D E R

_____

  The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the opening brief and joint appendix shall be disfavored. The briefing schedule is extended as follows:

  Appendix due: 09/11/2015

  Opening brief due: 09/11/2015

  Response brief due: 10/13/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk