**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 14, 2015

_____

DOCKET CORRECTION NOTICE
_____

No.    15-1581,          The Leiser Law Firm, PLLC v. The Supreme Court of Virginia
                         1:14-cv-00407-LO-TCB

TO:    Phillip Ben-Zion Leiser

FILING CORRECTION DUE:  September 17, 2015

Please make the correction identified below and file a corrected document by the date indicated.

---

[X] Document was illegible, incomplete, or incorrect. Please correct as described and refile: <u>The table of authorities must be included within the opening brief</u> and can not be filed separately. Please refile the opening brief with the table of authorities contained within the brief directly after the table of contents.

---

[X] Incorrect event used. Please refile the joint appendix using entry *Full Electronic Appendix filed*.

---

[X] Brief is not text-searchable. Please refile brief as a text-searchable PDF.

RJ Warren, Deputy Clerk
804-916-2702